UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MATTHEW R. STEFFES,

      Petitioner,

v.                                                Case No. 07-C-1139

MICHAEL THURMER,
Warden, Waupun Correctional Institution,

      Respondent.

**ORDER FOR A RESPONSE TO PETITIONER'S MOTIONS AND SUSPENDING BRIEFING ON STEFFES' PETITION FOR A WRIT OF HABEAS CORPUS**

Pending before the court is the petitioner, Matthew R. Steffes' ("Steffes"), petition for a writ of habeas corpus. The petitioner's brief in support of his petition is currently due to be filed no later than May 1, 2008.

However, on March 19, 2008, Steffes filed a "Motion to complete record" in his case, asking that the record be supplemented to include "the briefs and decisions from State v. Howard, Appeal No. 03-1540-CR." Attached to his motion are what purport to be a copy of the decision of the Wisconsin Court of Appeals in the case of *State v. Howard,* 2004 WI App 109, 273 Wis. 2d 785, 680 N.W.2d 832, as well as a copy of the Wisconsin Supreme Court's order denying Howard's petition for review.

Thereafter, on March 28, 2008, Steffes filed a "Supplementary motion to complete the record," in which he again asks the court to order the filing of "[t]he briefs and decisions in State v. Howard, 03-1540-CR." In his supplementary motion Steffes also asks the court to order the filing of "[t]he post-conviction transcripts from State v. Steffes, 06-AP-1633-CR, July 20, 2001, September 24, 2001, October 23, 2001, November 30, 2001, January 25, 2002, and March 19, 2002."

In order to assist the court in resolving the petitioner's motion and supplementary motion, the respondent will be ordered to file a response to such motions.

In the meantime, briefing on the merits of Steffes' petition for a writ of habeas corpus will be suspended, pending resolution of the currently pending motions to complete the record.

**NOW THEREFORE IT IS ORDERED** that on or before April 21, 2008, the respondent shall file a response to the petitioner's motion and supplementary motion to complete the record, setting forth the respondent's position on the relief requested in the motion and supplementary motion;

**IT IS FURTHER ORDERED** that on or before May 1, 2008, the petitioner shall file his reply.

**SO ORDERED** this 1st day of April 2008, at Milwaukee, Wisconsin.

/s/ William E. Callahan, Jr.
WILLIAM E. CALLAHAN, JR.
United States Magistrate Judge